NUMBER 13-01-305-CR

 

                             COURT OF APPEALS

 

                   THIRTEENTH DISTRICT OF TEXAS

 

                                CORPUS CHRISTI

__________________________________________________________________

 

HORACE
LAMAR WATKINS,                                                  Appellant,

 

                                                   v.

 

THE STATE OF TEXAS,                                                          Appellee.

__________________________________________________________________

 

                   On appeal from the County Court at Law No. 1 

                                 of Cameron County, Texas.

___________________________________________________________________

 

                                   O P I N I O N

 

                    Before Justices
Yanez, Rodriguez, and Castillo

                                       Opinion Per Curiam

 








Appellant, HORACE LAMAR WATKINS,
perfected an appeal from a judgment entered by the  County Court at Law No. 1 of Cameron
County, Texas,  in cause number 2000-CCR-6520-A.  On November 21, 2001, this cause was abated, and the trial court was
directed to conduct a hearing in accordance with Tex. R. App. P. 38.8(b)(2).  The trial court=s findings and recommendations were received on January 23, 2002.  The trial
court found that the appellant does not wish to prosecute his appeal.

The Court, having
considered the documents on file and the trial court=s findings and
recommendations, is of the opinion that the appeal should be dismissed.  The appeal is hereby DISMISSED.

PER CURIAM

Do not publish.

Tex. R. App. P. 47.3.

 

Opinion delivered and filed this

the 16th
day of May, 2002.